UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SHROPSHIRE,<br><br>        Plaintiff,<br><br>    v.<br><br>V. FAJOTA, *et al.*,<br><br>        Defendants. | CASE NO.: 3:15-CV-00164-RCJ-WGC<br><br>**ORDER** |

    Before the Court is the Report and Recommendation of U.S. Magistrate Judge (ECF #30[1]) entered on August 18, 2016, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF #22).  Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF #31) and Defendants filed an Opposition to Plaintiff's Objections (ECF #32).

    The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#30) entered on August 18, 2016, should be ADOPTED AND ACCEPTED.

    IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #22) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

    IT IS SO ORDERED this 22nd day of September, 2016.

                                                    _____
                                                    ROBERT C. JONES

---

[1] Refers to court's docket number.